# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr., William H | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>07/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>245 E. Capitol St., Suite 430<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 14 A 11: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. OWNED BY WILLIAM H. BARBOUR, JR. | | | | | | | | | |
| 2. STOCKS, BONDS AND BANK ACCOUNTS | | | | | | | | | |
| 3. Yazoo Northwest (common) | A | Dividend | J | U | | | | | |
| 4. AmSouth (common) | F | Dividend | P1 | T | | | | | |
| 5. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 6. Belmont Lodge (common) | | None | K | W | | | | | |
| 7. Citibank Deposit Program-formerly SB Money Funds | A | Dividend | K | T | | | | | |
| 8. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 9. Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 10. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 11. Income Fund of America | B | Dividend | K | T | | | | | |
| 12. New Perspective Fund | A | Dividend | K | T | | | | | |
| 13. Compass Capital III - Preferred Stock | B | Dividend | K | T | | | | | |
| 14. Miss. LSE Rev. - Bonds | A | Interest | K | T | | | | | |
| 15. Miss. Dev. BK - Bonds | B | Interest | L | T | | | | | |
| 16. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 17. REAL ESTATE (Items 18-22) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Land #1, Yazoo County, MS | E | | L | W | | | | | B(2) =Timber Sale |
| 19. Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 20. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 21. Residential Subdivision #1 (See expl. Section VIII) | | None | N | W | | | | | (See note) |
| 22. Subdiv #1: Lots ▮ less Lots ▮▮▮ | | | | | | | | | (See Note) |
| 23. INDIVIDUAL RETIREMENT ACCOUNTS (Items 23-60) | | | | | | | | | |
| 24. IRA Rollover Acct-Brokerage Account #1 (24 - 34) | | | | | | | | | |
| 25. -BellSouth (common) | A | Dividend | K | T. | | | | | |
| 26. -AmSouth (common) | D | Dividend | N | T | | | | | |
| 27. -Irvine Sensors (common) | | | | | Sell | 01/05 | J | | |
| 28. -Goldman Sachs Capital Fund | A | Dividend | K | T | | | | | |
| 29. -Pioneer Growth Oppor Fd A -(was Amsouth Small Cap) | | None | K | T | | | | | |
| 30. -Citibank Deposit Program | A | Interest | J | T | | | | | |
| 31. -Seligman New Tech Fund | A | Dividend | J | T | | | | | |
| 32. -Bank of America (common) | A | Dividend | K | T | Buy more | 01/05 | J | | |
| 33. -Johnson & Johnson (common) | A | Dividend | K | T | Buy more | 01/05 | J | | |
| 34. -Microsoft (common) | A | Dividend | J | T | Buy more | 01/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) Y =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Managed Rollover-Brokerage Account #2 (35 - 61) | | | | | | | | | (See note) |
| 36. -Dreyfus Liq.Assets | A | Interest | | | Sell | 01/05 | J | | |
| 37. -Time Warner, Inc. (common) | | None | | | Sell | 01/03 | K | | |
| 38. -Genentech, Inc. (common) | | None | | | Sell | 01/03 | K | E | |
| 39. -Amer International Group Inc. (common) | | None | | | Sell | 01/03 | K | | |
| 40. -Amgen Inc. (common) | | None | | | Sell | 01/03 | K | D | |
| 41. -Coca-Cola (common) | | None | | | Sell | 01/03 | K | | |
| 42. -Walt Disney Holding Co. (common) | A | Dividend | | | Sell | 01/03 | K | | |
| 43. -Gillette Co. (common) | | None | | | Sell | 01/03 | K | D | |
| 44. -Home Depot Inc. (common) | | None | | | Sell | 01/03 | K | C | |
| 45. -Intel Corp. (common) | | None | | | Sell | 01/03 | K | | |
| 46. -Johnson & Johnson (common) | | None | | | Sell | 01/03 | K | D | |
| 47. -Microsoft Corp. (common) | | None | | | Sell | 01/03 | J | | |
| 48. -Pepsico Inc. (common) | A | Dividend | | | Sell | 01/03 | K | D | |
| 49. -Texas Instruments Inc. (common) | | None | | | Sell | 01/03 | K | B | |
| 50. -Wm Wrigley Jr. Co. (common) | | None | | | Sell | 01/03 | K | D | |
| 51. -Wells Fargo & Co. New (common) | | None | | | Sell | 01/03 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Cisco Systems (common) | | None | | | Sell | 01/03 | K | C | |
| 53. -Berkshire Hathaway (common) | | None | | | Sell | 01/03 | K | D | |
| 54. -Dell, Inc. (common) | | None | | | Sell | 01/03 | K | C | |
| 55. -IAC Interactive Corp (common) | | None | | | Sell | 01/03 | J | A | |
| 56. -Merrill Lynch & Co., Inc. (common) | | None | | | Sell | 01/03 | K | D | |
| 57. -Biogen Idec, Inc. (common) | | None | | | Sell | 01/03 | K | C | |
| 58. -American Balanced Fd CL A | B | Dividend | L | T | Buy | 01/05 | L | | |
| 59. -Evergreen Asset Allocation Fd CL A | A | Dividend | M | T | Buy | 01/05 | L | | |
| 60. -Washington Mutual Investors Fd CL A | C | Dividend | M | T | Buy | 01/05 | L | | |
| 61. -Citibank Bank Deposit Program | A | Interest | J | T | Buy | 01/05 | J | | |
| 62. OIL AND GAS INTERESTS (62 - 92) | | | | | | | | | (See Note) |
| 63. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 64. -#2-Sohio Pet Co., Franklin Parish, LA | A | Royalty | J | W | | | | | |
| 65. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 66. -#4-Placid Oil Co., Warren County, MS | B | Royalty | J | W | | | | | |
| 67. -#5-Shell Oil Co., Rankin County, MS | B | Royalty | J | W | | | | | |
| 68. -#6-US Trading Co., Madison Parish & Richland Parish, LA | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 70. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | B | Royalty | J | W | | | | | |
| 71. -#9-TXP Op Co., Yazoo County, MS | A | Royalty | J | W | | | | | |
| 72. -#10-Shell Western E&P, Lincoln County, MS | A | Royalty | J | W | | | | | |
| 73. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 74. -#12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |
| 75. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 76. -#14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 77. -#15-Chevron USA, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 78. -#16-Coho Resources, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 79. -#17-Denbury Resources Jasper, Clark, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 80. -#18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 81. -#19-Devon Energy, Yazoo Co,MS,Bossier Parish, L | A | Royalty | J | W | | | | | |
| 82. -#20-EOTT Energy, Jasper & Smith Co., MS | A | Royalty | J | W | | | | | |
| 83. -#21-Ergon, Madison & Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 84. -#22-Fina Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 85. -#23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -#24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 87. -#25-McGowan Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 88. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 89. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 90. -#28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 91. -#29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |
| 92. -#30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 93. OWNED BY ▓▓▓▓ (Items 93-109) | | | | | | | | | |
| 94. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 95. Goodyear (common) | A | Dividend | J | T | | | | | |
| 96. Georgia Pacific (common) | A | Dividend | K | T | | | | | |
| 97. Louisiana Pacific (common) | A | Dividend | J | T | | | | | |
| 98. Regions Financial Corp (was Union Planters Bank( (common) | C | Dividend | M | T | | | | | |
| 99. Trustmark (common) | A | Dividend | K | T | | | | | |
| 100. General Motors (common) | A | Dividend | J | T | | | | | |
| 101. Delphi Corp (common) | A | Dividend | J | T | | | | | |
| 102. Electronic Data Systems (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AmSouth IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 104. Mineral Interests (105 - 109) | | | | | | | | | |
| 105. #1-Hughes-Parker Drilling, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 106. #2- Mineral Interest, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 107. #3-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 108. #4-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 109. #5-Mineral Interest, Various Counties, MS | A | Royalty | J | W | | | | | |
| 110. INCOME BENEFICIARY TRUST# 1 (items 110 - 134) | | | | | | | | | (See note) |
| 111. Stocks | | | | | | | | | |
| 112. -AmSouth (common) | B | Dividend | L | T | | | | | |
| 113. -General Motors (common) | A | Dividend | | | Sell | 06/13 | J | C | |
| 114. -Georgia Pacific (common) | A | Dividend | | | Sell | 12/20 | K | E | |
| 115. -Plum Creek Timber Co. (common) | A | Dividend | K | T | | | | | |
| 116. -La. Pacific (common) | A | Dividend | K | T | | | | | |
| 117. -Shering-Plough (common) | A | Dividend | L | T | | | | | |
| 118. -Chevron Texaco Corp. (common) | B | Dividend | K | T | | | | | |
| 119. -Merck & Co. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coca Cola Co. Delaware (common) | A | Dividend | J | T | | | | | |
| 121. -Motorola, Inc. (common) | A | Dividend | J | T | | | | | |
| 122. -Sprint Nextel (common) (incl Sprint Corp Series 1) | A | Dividend | J | T | | | | | |
| 123. -Jennison Utility F d (7/9/03 name change from Prudential)) | B | Dividend | K | T | | | | | |
| 124. -Alltel Corp. (common) | A | Dividend | J | T | | | | | |
| 125. -General Electric (common) | A | Dividend | J | T | | | | | |
| 126. -Delphi Corp. (common) | A | Dividend | J | T | | | | | |
| 127. -Medco Health Solutions, Inc. (Merck Spin off 8/03) (common) | | None | J | T | | | | | |
| 128. -FreeScale Semiconductor (common) | | None | J | T | | | | | |
| 129. -Bank of America | A | Dividend | J | T | Buy | 6/15 | J | | |
| 130. -Mineral Interests (131-134) | | | | | | | | | |
| 131. -Mineral Interest #1, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 132. -Mineral Interest #2, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 133. -Mineral Interest #3, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 134. -Mineral Interest #4, Various Counties, MS | A | Royalty | J | W | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 07/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

Lines 21 & 22 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 21. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 35 through 61 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 62 through 92 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Line 110 - ▮▮▮▮▮▮▮▮ is the trustee and beneficiary of Trust #1. The Mineral Interests listed at lines 131 through 134 are other fractional mineral interests under the same tracts that are listed on lines 105 through 109 as assets not owned in trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date__7/13/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544